OSWALD BRAND, Respondent, v. CHARLES E. GURLEY, Appellant.— Order awarding plaintiff summary judgment pursuant to rule 113 of the Rules of Civil Practice unanimously affirmed, with ten dollars costs and disbursements. Judgment entered on said order in favor of the plaintiff and against the defendant modified, on consent of the respondent, by reducing the amount of recovery to the sum of $2,633.85, with interest and costs, and, as so modified, unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J. Hagarty, Carswell, Johnston and Taylor, JJ.

COMMISSIONER OF PUBLIC WELFARE OF THE CITY OF NEW YORK, on the Complaint of MARGIE VINCENT, Respondent, v. HERBERT KOEHLER, Appellant.— Order of filiation of the Court of Special Sessions of the City of New York, Borough of Queens [County of Queens], unanimously affirmed. (Vide Commissioner of Public Welfare of City of New York [Gordon] v. Fagan, 259 App. Div. 727 [2d Dept.], decided March 11, 1940.) Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.